UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH WASHINGTON,   Case No.: 3:14-cv-00551-MMH-PDB

    Plaintiff,

  vs.

CONVERGENT OUTSOURCING, INC

    Defendant

_____/

## STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JOSEPH WASHINGTON, and Defendant, CONVERGENT OUTSOURCING, INC., stipulate and agree to the dismissal of this case, **with prejudice**, with each party to bear its own fees and costs. The parties respectfully request that this Honorable Court enter an Order dismissing this case **with prejudice** and providing that each party bear its own fees and costs.

DATED: April 13, 2015

By: /s/ Dale T. Golden             .
Attorney for Defendant
Dale T. Golden, Esq.
Florida Bar # 0094080
Golden, Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
Direct: (813) 251-5500
Fax: (813) 251-3675
Email: dgolden@gsgfirm.com

By: /s/ Jason S. Weiss_____
Attorney for Plaintiff
Jason S. Weiss, Esq.
Florida Bar # 356890
On Behalf of:
Law Offices of Michael Lupolover, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
Phone: (201) 461-0059
Facsimile: (201) 608-7116
Email: Jason@jswlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on April 10, 2015, via the Court Clerk's CM/ECF system which will provide notice to the following: Dale T. Golden, Esq. at dgolden@gsgfirm.com.

By: / / Jason S. Weiss_____
Attorney for Plaintiff
Jason S. Weiss, Esq.
Florida Bar # 356890
On Behalf of:
Law Offices of Michael Lupolover, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
Phone: (201) 461-0059
Facsimile: (201) 608-7116
Email: Jason@jswlawyer.com